UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-0097** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **WILLIAM LYMAN AGNEW pretending to be Robert Duwayne TenEyck, pretending to be Scott Matthew Boardman, pretending to be Madison Shane Lilly, and pretending to be Scott Shane Collier** | * | **MAG. JUDGE KAREN L. HAYES** |

**REPORT AND RECOMMENDATION ON**
**FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for waiver of indictment, administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a plea hearing and allocution of the defendant, William Lyman Agnew, on February 19, 2013.  Defendant was present with his counsel, Ms. Shelley Goff.

After said hearing, It is the finding of the undersigned that the defendant is fully competent, that his waiver of indictment and plea of guilty are knowing and voluntary, and his guilty plea to Counts One through Seven and Ten through Thirteen of the Second Superseding Indictment and Counts One through Three of the Bill of Information is fully supported by an oral

factual basis for each of the essential elements of the offenses.  Therefore,

**IT IS RECOMMENDED** that the District Court **ACCEPT** the guilty plea of the defendant, William Lyman Agnew, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that William Lyman Agnew be finally adjudged guilty of the offenses charged in Counts One through Seven and Ten through Thirteen of the Second Superseding Indictment and Counts One through Three of the Bill of Information

**IT IS FURTHER RECOMMENDED** that the District Court **ACCEPT** defendant's agreement to forfeit and abandon any and all interest he may have in any property, documents or items seized at the time of his arrest on April 3, 2012, and during the execution of a federal search warrant on December 22, 2012, in accordance with the terms of the Act of Forfeiture and Abandonment of Property signed by defendant.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and F.R.C.P. Rule 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof.  A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing.  Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL**

**FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in chambers, at Monroe, Louisiana, this 20th day of February 2013.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE