U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 13 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-0097 |
| VERSUS | * | JUDGE TOM STAGG |
| WILLIAM LYMAN AGNEW pretending to be Robert Duwayne TenEyck, pretending to be Scott Matthew Boardman, pretending to be Madison Shane Lilly, and pretending to be Scott Shane Collier | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, William Lyman Agnew, and adjudges him guilty of the offenses charged in Counts One through Seven and Ten through Thirteen of the Second Superseding Indictment and Counts One through Three of the Bill of Information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, William Lyman Agnew's agreement to forfeit and abandon any and all interest he may have in any property, documents or items seized at the time of his arrest on April 3, 2012, and during the execution of a federal search warrant on December 22, 2012, in accordance with the terms of the Act of Forfeiture and Abandonment of Property signed by defendant.

SHREVEPORT, LOUISIANA, this 12th day of March, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE